UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-380-D-2

UNITED STATES OF AMERICA

v.

CHEYANNE MARIAH CHAVIS

ORDER TO SEAL

On motion of the Defendant, Cheyanne Mariah Chavis, and for good cause shown, it is hereby ORDERED that [DE 62] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __15__ day of July, 2022.

JAMES C. DEVER III
United States District Judge